## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALBERT TALONE, D.O., CRAIG WAX, D.O., RICHARD RENZA, D.O., and ROY STOLLER, D.O., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE AMERICAN OSTEOPATHIC ASSOCIATION,<br><br>    Defendant. | Civil Action No.: 1:16-cv-04644-NLH-JS |

**JOINT MOTION FOR CERTIFICATION OF SETTLEMENT CLASS, PRELIMINARY APPROVAL OF SETTLEMENT, AND APPROVAL OF CLASS NOTICE**

Plaintiffs Albert Talone, D.O., Craig Wax. D.O., Richard Renza, D.O., and Roy Stoller, D.O. (the "Plaintiffs" or "Class Representatives") and defendant American Osteopathic Association (the "AOA" or "Defendant"), having reached an agreement to settle the above-captioned case, respectfully move this Court to preliminarily approve the proposed settlement among the parties (the "settlement"), certify a Settlement Class and Sub-Classes (as defined in the accompanying Joint Brief), appoint plaintiffs' counsel as Lead Class Counsel, and authorize the issuance of Notice of Settlement (the "Notice").

In support of this Joint Motion, the parties submit a Joint Brief in support, attached to this Motion as Exhibit A, the Certification of Seth A. Goldberg, Esq., attached to this Motion as Exhibit B, and a fully executed copy of the parties' executed Settlement Agreement, attached to this Motion as Exhibit C.  The proposed forms of the Notice, and a proposed Order granting the parties'

Joint Motion for preliminary approval of the settlement are attached to the Settlement Agreement as Exhibits 1-4.

Dated:  July 24, 2018

Respectfully submitted,
DUANE MORRIS LLP
A DELAWARE LIMITED LIABILITY PARTNERSHIP

/s/ Seth A. Goldberg
Seth A. Goldberg, Esquire (NJ 1542004)
**DUANE MORRIS LLP**
A DELAWARE LIMITED LIABILITY PARTNERSHIP
Wayne A. Mack, Esquire (*pro hac vice*)
Seth A. Goldberg, Esquire (NJ 1542004)
30 South 17th Street
Philadelphia, PA 19103
215.979.1000 (Phone)
215.979.1020 (Fax)
WAMack@duanemorris.com
SAGoldberg@duanemorris.com

James Greenberg, Esquire (NJ 217131965)
1940 Route 70 East, Suite 200
Cherry Hill, NJ  08003
856.874.4208 (Phone)
856.424.4446 (Fax)
JGreenberg@duanemorris.com

*Attorneys* for *Plaintiffs*


Jeffrey Warren Lorell
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
973-622-3333 (Phone)
973-622-3349 (Fax)
jwl@saiber.com

Jeffrey S. Soos
SAIBER LLC
One Gateway Center, 10th Floor
Newark, NJ 07102-5311
973-622-3333 (Phone)

        973-622-3349 (Fax)
        js@saiber.com

        Jack R. Bierig
        Sidley Austin LLP
        One South Dearborn
        Chicago, Illinois 60603
        312 853 7000 (Phone)
        312 853 7036 (Fax)
        jbierig@sidley.com

        Attorneys for Defendant AOA

## CERTIFICATION OF SERVICE

I, Seth A. Goldberg, hereby certify that on July 24, 2018, I caused a true and correct copy of the foregoing Joint Motion for Certification of Settlement Class, Preliminary Approval of Settlement, and Approval of Class Notice to be filed with the U.S. District Court for the District of New Jersey and served upon counsel of record and to all other parties listed below via the Court's ECF system.

Jeffrey Warren Lorell
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Email: jwl@saiber.com

Jeffrey S. Soos
Jennifer Rose O'Connor
SAIBER LLC
One Gateway Center, 10th Floor
Newark, NJ 07102-5311
Email: jro@saiber.com
js@saiber.com

Jack R. Bierig
Steven J. Horowitz
Neil G. Nandi
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
jbierig@sidley.com
shorowitz@sidley.com
nnandi@sidley.com

*Counsel for Defendant The American Osteopathic Association*

By: /s/ Seth A. Goldberg
Seth A. Goldberg